Road Commissioners, etc. *v.* Holdridge.    Roe *v.* Hurlburt et al.

might be sued upon it as administrator; but the proof of the warranty and its failure shows a failure of the consideration of the note.    Had the administrator received the full price agreed upon for the buggy, with the warranty, in cash at the time, and this were an action brought to recover back that portion of the money which was in excess of the real value, another question would be presented, which we do not propose now to decide. Whether that money which *ex equo et bono* belonged to the purchaser should be withheld from him and distributed to the creditors, must be reserved for determination till the question actually arises.

The judgment is affirmed.

*Judgment affirmed.*

---

The Road Commissioners of the Town of Vermillion, Plaintiffs in Error, *v.* Asa Holdridge, Defendant in Error.

### ERROR TO LA SALLE.

This case is in all respects similar to that published *ante*, page 38.

Walker, J.   The facts presented by this record involve the same legal propositions raised and determined by the case, *McPherson* v. *Holdridge*, determined at the present term of this court.   It is therefore unnecessary to discuss them here, that case being decisive of this.

The same judgment is rendered in this case as in that.

*Decree modified.*